IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Price, Joseph C

Printed: 8/5/08

Case Number: 06 B 13876
Judge: Squires, John H
Filed: 10/27/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 25, 2008
Confirmed: February 7, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,379.80 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,255.72 |
| Trustee Fee: |  | 124.08 |
| Other Funds: |  | 0.00 |
| Totals: | 2,379.80 | 2,379.80 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,314.00 | 1,875.03 |
| 2. | Robert J Semrad & Associates | Administrative | 825.00 | 380.69 |
| 3. | Robert J Semrad & Associates | Administrative | 825.00 | 0.00 |
| 4. | Deutsche Bank National Trustee | Secured | 0.00 | 0.00 |
| 5. | Deutsche Bank National Trustee | Secured | 858.57 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 625.00 | 0.00 |
| 7. | St James Hospital | Unsecured | 74.68 | 0.00 |
| 8. | Michelle Murphy | Priority |  | No Claim Filed |
| 9. | Internal Revenue Service | Priority |  | No Claim Filed |
| 10. | Collection System | Unsecured |  | No Claim Filed |
| 11. | Diversified Collection Service | Unsecured |  | No Claim Filed |
| 12. | Harris & Harris | Unsecured |  | No Claim Filed |
| 13. | AFNI | Unsecured |  | No Claim Filed |
| 14. | Harris & Harris | Unsecured |  | No Claim Filed |
| 15. | Harris & Harris | Unsecured |  | No Claim Filed |
| 16. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 18. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 19. | First Premier | Unsecured |  | No Claim Filed |
| 20. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 21. | Nicor Gas | Unsecured |  | No Claim Filed |
| 22. | Drive Financial Services | Unsecured |  | No Claim Filed |
| 23. | Illinois Dept Of Transportation | Unsecured |  | No Claim Filed |
| 24. | Creditors Collection Service | Unsecured |  | No Claim Filed |
| 25. | Collection Company Of America | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Price, Joseph C

Printed: 8/5/08

Case Number: 06 B 13876
Judge: Squires, John H
Filed: 10/27/06

```
                                    _____        _____
                                    $ 5,522.25        $ 2,255.72
```

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 35.39 |
| 5.4% | 88.69 |
|  | _____ |
|  | $ 124.08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____